**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Orion Food Systems, Inc.,

Plaintiff,

v.

Farmers Cooperative Oil Company of Echo, David Forkrud, Dooley's Petroleum, Inc., and Henry's Foods, Inc.,

Defendants.

Court File No. 00-CV-1675 RHK / JMM

**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

The undersigned parties, by their respective counsel, hereby agree and stipulate that Defendants Farmers Cooperative Oil Company of Echo and David Forkrud shall have until August 18, 2000, to plead or otherwise respond to Plaintiff's Complaint in the above-entitled matter.

Dated: 8-3-2000

LINDQUIST & VENNUM P.L.L.P.

By: Garrett Weber

Bruce H. Little, #17421x
Garrett M. Weber, #271317
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2205
Telephone: (612) 371-3211
Facsimile: (612) 371-3207

ATTORNEYS FOR DEFENDANTS FARMERS COOPERATIVE OIL COMPANY OF ECHO AND DAVID FORKRUD

Doc# 1253244\1

AUG 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: 8-4-00

BRIGGS & MORGAN, P.A.

By: Steven W. Wilson

Steven W. Wilson, #179024
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

ATTORNEYS FOR PLAINTIFF

BY THE COURT:

Dated: 8/8/00

The Honorable John M. Mason
Magistrate Judge of U.S. District Court