**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Orion Food Systems,

Plaintiff,

Civil No. 00-1675 (RHK/JMM)

vs.

**ORDER**

Farmers Cooperative Oil Company of Echo, David Forkrud, Dooley's Petroleum, Inc., and Henry's Foods, Inc.,

Defendants.

---

The motions hearing scheduled for Thursday, October 12, 2000 is **CANCELED**; said motions will be held on Thursday, October 19, 2000 at 10:00 a.m. in St. Paul.

Dated: October 11, 2000

RICHARD H. KYLE
United States District Judge

FILED OCT 11 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________