**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Orion Food Systems, Inc.,

Plaintiff,

Court File No. 00-CV-1675 RHK/JMM

v.

Farmers Cooperative Oil Company of Echo, David Forkrud, Dooley's Petroleum, Inc., and Henry's Foods, Inc.,

Defendants.

**STIPULATION FOR EXTENSION OF TIME TO ANSWER**
and ORDER

The undersigned parties, by their respective counsel, hereby agree and stipulate that Defendants Farmers Cooperative Oil Company of Echo and David Forkrud shall have until November 17, 2000, to answer the claims remaining in Plaintiff's Complaint in the above-entitled matter.

Dated: 11-3-2000

LINDQUIST & VENNUM P.L.L.P.

By: Garrett Weber

Bruce H. Little, #17421x
Garrett M. Weber, #271317
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2205
Telephone: (612) 371-3211
Facsimile: (612) 371-3207

ATTORNEYS FOR DEFENDANTS FARMERS COOPERATIVE OIL COMPANY OF ECHO AND DAVID FORKRUD

Doc# 1280491\1

FILED NOV 06 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 11-3-00

BRIGGS & MORGAN, P.A.

By: [signature]
Steven W. Wilson, #179024
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

ATTORNEYS FOR PLAINTIFF

BY THE COURT:

[signature]
The Honorable John M. Mason
Magistrate Judge of U.S. District Court

11/6/00

Memorandum

This Order is at [illegible] the [illegible] of the Pretrial Scheduling Order.

— JMM