**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Orion Food Systems, Inc.,

Plaintiff,

Court File No. 00-CV-1675 RHK/JMM

v.

Farmers Cooperative Oil Company of Echo, David Forkrud, Dooley's Petroleum, Inc., and Henry's Foods, Inc.,

Defendants.

**STIPULATION OF DISMISSAL**

---

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties agree to the dismissal with prejudice of the complaint by plaintiff, Orion Food Systems, Inc., ("Orion") against defendants, Farmers Cooperative Oil Company of Echo ("Farmers") and David Forkrud ("Forkrud"); and dismissal with prejudice of the counterclaims by defendants, Farmers and Forkrud, against plaintiff Orion. Each party will bear all of its own costs, disbursements, and attorneys' fees.

Dated: 12-13, 2000.

LINDQUIST & VENNUM P.L.L.P.

By: Garrett M. Weber

Bruce H. Little, #17421X
Garrett M. Weber, #271317
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2205
(612) 371-3211

Doc# 1287298\1

FILED JAN 08 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ATTORNEYS FOR DEFENDANTS DAVID FORKRUD AND FARMERS COOPERATIVE OIL COMPANY OF ECHO

Dated: 12-18, 2000.

BRIGGS & MORGAN, P.A.

By: ______________________

Steven W. Wilson, #179024
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

ATTORNEYS FOR PLAINTIFF ORION FOOD SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Orion Food Systems, Inc.,

Plaintiff,

Court File No. 00-CV-1675 RHK/JMM

v.

Farmers Cooperative Oil Company of Echo, David Forkrud, Dooley's Petroleum, Inc., and Henry's Foods, Inc.,

Defendants.

**ORDER**

The parties hereto have filed a Stipulation of Dismissal With Prejudice. Therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

1. All claims by Orion Food Systems, Inc. against Farmers Cooperative Oil Company of Echo and David Forkrud are dismissed with prejudice.

2. All claims by Farmers Cooperative Oil Company of Echo and David Forkrud against Orion Food Systems Inc. are dismissed with prejudice.

3. Orion Food Systems, Inc., Farmers Cooperative Oil Company of Echo, and David Forkrud each shall bear their own costs, fees and disbursements.

BY THE COURT:

Dated: 1/8, 2001

Hon. Richard H. Kyle
United States District Judge, District of Minnesota