**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

Orion Food Systems, Inc.,

Plaintiff,

vs.

Farmers Cooperative Oil Company of Echo, David Forkrud, Dooley's Petroleum, Inc., and Henry's Foods, Inc.,

Defendants.

Court File No.: 00-CV-1675 RHK/JMM

**STIPULATION AND ORDER**

---

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties agree to the dismissal with prejudice of the complaint by Plaintiff, Orion Foods Systems, Inc., ("Orion") against Defendant, Dooley's Petroleum, Inc. ("Dooley's"). Each party will bear all of its own costs, disbursements, and attorneys' fees.

Dated: 1 – 22, 2001

BRIGGS & MORGAN, P.A.

By: [signature]
Steven W. Wilson - # 179024
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
612-334-8400
ATTORNEYS FOR PLAINTIFFS

Dated: 1-19-01

SCHMIDT, THOMPSON, JOHNSON & MOODY, P.A.

By: [signature]
Thomas G. Johnson - # 52012
Todd M. Kleinhuizen - # 211370
HERITAGE PLAZA
320 South First Street
P.O. Box 913
Willmar, Minnesota 56201
Telephone: 320-235-1980
ATTORNEYS FOR DEFENDANT DOOLEY'S PETROLEUM, INC.

FILED JAN 24 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Orion Food Systems, Inc.,

Plaintiff,

vs.

Farmers Cooperative Oil Company of Echo, David Forkrud, Dooley's Petroleum, Inc., and Henry's Foods, Inc.,

Defendants.

Court File No.: 00-CV-1675 RHK/JMM

**ORDER**

---

The parties hereto have filed a Stipulation of Dismissal With Prejudice. Therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

1. All claims by Orion Foods Systems, Inc. against Dooley's Petroleum, Inc. are dismissed with prejudice.

2. Orion Food Systems, Inc. and Dooley's Petroleum, Inc. each shall bear their own costs, fees and disbursements.

BY THE COURT:

Dated: 1/26, 2001

Honorable Richard H. Kyle
United States District Judge,
District of Minnesota