Cv 00-1675 RHK/JMM

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NOTICE OF ASSIGNMENT
OF CASES FOR TRIAL
BEFORE JUDGE KYLE

The following civil cases are deemed ready for trial before Judge Richard H. Kyle. **Cases venued in the Third Division will be tried in St. Paul, Fifth Division in Duluth, and Sixth Division in Fergus Falls as of August 1, 2001.** The cases are listed in the order in which they will be tried, but cases may be called randomly from the list if necessary. **UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES.**

Any motion for a continuance must be scheduled for a hearing before Judge Kyle.

Questions regarding the calendar may be directed to Deborah Siebrecht, Calendar Clerk for Judge Kyle, 316 North Robert Street, St. Paul, Minnesota 55101 (651) 848-1166.

DATED: April 1, 2001.

FILED APR 02 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

| | | |
|---|---|---|
| 1. | Jerome Poss | Alan Lanners<br>763-550-9892<br>Kristine Zajac |
| | vs CV 00-175 RHK/JMM<br>JURY | |
| | Deputy Loomis #156 | Karla Hancock<br>612-348-5550 |
| 2. | Sioux Falls Lodging Investors<br>II, LLC | Thomas Caswell<br>Chad Snyder<br>612-339-2020 |
| | vs CV 00-896 RHK/JMM<br>JURY | |
| | Carnahan City Wide I, sued as<br>Carnahan City Wide Insulation, Inc. | Gregory Wohletz<br>952-933-9900 |
| 3. | Robert Daniels | Thomas Lyons Jr.<br>651-770-9707 |
| | vs CV 00-1439 RHK/JMM<br>COURT | |
| | Cabrera & Rephen PC<br>Marge Fine, individually | John Rossman<br>952-941-4005 |
| 4. | Orion Foods Systems | Steven Wilson<br>612-334-8400 |
| | vs CV 00-1675 RHK/JMM<br>JURY | |
| | Henry's Foods Inc. | Warrenn Anderson<br>320-589-4151 |