UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Orion Food Systems, Inc.,

Plaintiff,

vs.

Farmers Cooperative Oil Company of Echo, David Forkrud, Dooley's Petroleum, Inc., and Henry's Foods, Inc.,

Defendants.

---

Court File No.: 00-CV-1675 RHK/JMM

**STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE**

The parties, through their undersigned counsel, pursuant to Rule 41(a)(1)(ii), hereby stipulate to dismissal of the above action with prejudice, with each party bearing its own fees and costs.

**BRIGGS AND MORGAN, P.A.**

Dated: 4-10-01

By: [signature]
Steven W. Wilson (#179024)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEYS FOR PLAINTIFF ORION FOOD SYSTEMS, INC.**

1274852.1

APR 16 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**FLUEGEL, HELSETH, MCLAUGHLIN, ANDERSON & BRUTLAG, CHTD.**

Dated: 4/6/01

By: ______________________
Warrenn C. Anderson (#2483)
215 Atlantic Avenue
P.O. Box 527
Morris, MN 56267
(320) 589-4151

**ATTORNEYS FOR DEFENDANT HENRY'S FOODS, INC.**

**ORDER**

**IT IS SO ORDERED**, based upon the foregoing Stipulation.

Dated: 4/16/01

______________________
Richard H. Kyle
Judge of District Court